UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUVENCIO VIDAL PEREZ,<br> *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>                                  Plaintiff,<br><br>-against-<br><br>401 EAST 68TH STREET HOLDING LLC<br>    d/b/a SOPHIE'S CUBAN,<br>MM RESTAURANT ENTERPRISES LLC,<br>    d/b/a SOPHIE'S CUBAN,<br>SOPHIE'S CUBAN CUISINE, INC.,<br>    d/b/a SOPHIE'S CUBAN,<br>JOHN DOE CORPORATIONS 1-8,<br>    d/b/a SOPHIE'S CUBAN,<br>SOFIA LUNA, MANUELA MATOS,<br>and PATRICIA LUNA,<br>                                  Defendants. | **Case No.:** 22-cv-01533(GHW)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)** |

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York                                Respectfully submitted,
         September 16, 2022

                                                                         **LEE LITIGATION GROUP, PLLC**

                                                    By:    */s/* C.K. Lee
                                                             C.K. Lee, Esq. (CL 4086)
                                                             Anne Seelig, Esq. (AS 3976)
                                                             Lee Litigation Group, PLLC
                                                             148 West 24th Street, Eighth Floor
                                                             New York, NY 10011
                                                             Tel: (212) 465-1188
                                                             Fax: (212) 465-1181
                                                             *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*