UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUVENCIO VIDAL PEREZ,

        Plaintiff,

-against-

SOPHIE'S CUBAN CUISINE INC., et al.,

        Defendants.



22-CV-1533 (GHW) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to me for general pretrial management and dispositive motions. (Dkt. 43.) I have received and reviewed defendants' letter-motion seeking a pre-motion conference on an anticipated motion to dismiss (Dkt. 58), which was properly addressed to me; plaintiff's responding letter (Dkt. 59); and plaintiff's letter-motion seeking a discovery conference (Dkt. 60), to which defendants have not yet responded.

    The Court will hold a conference on **October 27, 2022 at 10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. Plaintiff's response to defendants' discovery letter-motion is due **October 20, 2022**. *See* Moses Ind. Prac. § 2(e). Any reply is due **October 24, 2022**. *Id*.

    With regard to the anticipated motion to dismiss, plaintiff should be prepared to advise the Court at the conference whether, having been presented with a detailed preview of the motion, he wishes to further amend the complaint now. Once defendants have filed a formal motion, plaintiff will likewise be required to move for leave to further amend, should he wish to do so at that point.

    With regard to the discovery dispute, the parties should be prepared to present their positions at the conference. The Court rarely deems formal motion practice necessary to resolve discovery disputes.

    The parties are reminded that courtesy copies of letters and letter-motions filed via ECF are required if the filing contains multiple or voluminous attachments. Moses Ind. Prac. § 1(d). Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

    This Order disposes of the letter-motions at Dkts. 58 and 60.

Dated: New York, New York
       October 20, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**