# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

(212) 465-1188
cklee@leelitigation.com

December 23, 2022

**Via ECF**
The Honorable Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Perez v. 401 East 68th Street Holding LLC, et al.*
Case No. 22-cv-01533

Dear Judge Moses:

This firm represents Plaintiff in the above-referenced matter. We write, jointly with counsel for Defendants, to respectfully request a stay of all proceedings in this action, which will include a stay of discovery, and all pending deadlines, motions and conferences including Plaintiff's pending Motion for Conditional Certification (Dkt. 39), Plaintiff's pending pre-motion letter to compel discovery (Dkt. 67), Defendants' deadline of January 19, 2023, to respond to Plaintiff's Second Amended Complaint, the parties' deadline of January 18, 2023, to file a joint letter regarding the discovery disputes (Dkt. 74), and the Discovery Conference scheduled before Your Honor on January 23, 2023, at 10:00 AM.

After several discussions, the parties have agreed to engage in private mediation with third-party mediator, Mr. Stephen Sonnenberg. As Mr. Sonnenberg's office is closed for the holidays, the parties intend to set a mediation date with the mediator as soon as possible in the new year.

The parties request this stay continue pending the completion of the parties' contemplated class mediation, which the parties expect will be completed within three months from the date of this letter (due to the holidays, the mediator's anticipated schedule, and the time it will take for the parties to complete a pre-mediation exchange of records).

Additionally, the parties request that they report to the Court concerning the outcome of the mediation in a joint letter two weeks after the mediation is completed. If the parties are unable to reach a resolution through mediation, the parties propose that they with their joint letter submit a joint amended Scheduling Order and request for renewal of currently pending motions and deadlines.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

Application GRANTED. This action is STAYED pending further order of the Court, **provided, however,** that the parties must confirm, in writing, no later than **January 16, 2023**, the date set for their private mediation. SO ORDERED.

Barbara Moses
United States Magistrate Judge
December 23, 2022