UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUVENCIO VIDAL PEREZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

           Plaintiff,

v.

401 EAST 68TH STREET HOLDING LLC
    d/b/a SOPHIE'S CUBAN,
MM RESTAURANT ENTERPRISES LLC
    d/b/a SOPHIE'S CUBAN,
JOHN DOE CORPORATIONS 1-8
    d/b/a SOPHIE'S CUBAN,
SOFIA LUNA,
MANUELA MATOS, and
PATRICIA LUNA,

           Defendants.

Case No.: 1:22-cv-01533 (GHW)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff JUVENCIO VIDAL PEREZ hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated May 17, 2023, and annexed hereto as **Exhibit A**.

Dated: May 18, 2023

                                  Respectfully submitted,

                              By:

                                  C.K. Lee, Esq. (CL 4086)
                                  LEE LITIGATION GROUP, PLLC
                                  148 West 24th Street, 8th Floor
                                  New York, NY 10011
                                  Tel.: (212) 465-1188
                                  Fax: (212) 465-1181
                                  *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Richard Lane Steer, Esq.
*Attorney for Defendants*
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
t: (212) 216-8000
e: rsteer@tarterkrinsky.com

By: _____
C.K. Lee, Esq.