USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 22, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUVENCIO VIDAL PEREZ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

401 EAST 68TH STREET HOLDING LLC
    d/b/a SOPHIE'S CUBAN,
MM RESTAURANT ENTERPRISES LLC
    d/b/a SOPHIE'S CUBAN,
JOHN DOE CORPORATIONS 1-8
    d/b/a SOPHIE'S CUBAN,
SOFIA LUNA,
MANUELA MATOS, and
PATRICIA LUNA,

        Defendants.

---

Case No.: 1:22-cv-01533-GHW

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 401 East 68th Street Holding LLC, MM Restaurant Enterprises LLC, John Doe Corporations 1-8, Sofia Luna, Manuela Matos, and Patricia Luna (collectively "Defendants"), having offered to allow Plaintiff JUVENCIO VIDAL PEREZ ("Plaintiff") to take a judgment against Defendants, in the sum of One Hundred Thousand ($100,000.00), to resolve all of Plaintiff's individual claims against Defendants in his Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated May 17, 2023 and filed as Exhibit A to Docket Number 84;

    **WHEREAS**, on May 17, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 84);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff JUVENCIO VIDAL PEREZ, in the sum of $100,000.00, in accordance with the terms

and conditions of Defendants' Rule 68 Offer of Judgment dated May 17, 2023 and filed as Exhibit A to Docket Number 84. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: May 22, 2023
      New York, New York

                                                GREGORY H. WOODS
                                            United States District Judge